Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; MOTOWN RECORD COMPANY, L.P.; ARISTA RECORDS LLC; and CAPITOL RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation,<br>　　　　　　　Plaintiffs,<br>　　v.<br>SANDRA E. RIVERA,<br>　　　　　　　Defendant. | CASE NO. 5:07-CV-04790-HRL<br><br>**Honorable Howard R. Lloyd**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CAE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1     Plaintiffs respectfully request that the Court continue the case management conference currently set for January 8, 2008, at 1:30 p.m. to April 8, 2008.  Plaintiffs filed the Complaint in this matter on September 18, 2007.  Defendant was served with the Summons and Complaint on November 4, 2007, by personal service.  Defendant has not answered or otherwise responded to the Complaint.  Accordingly, Plaintiffs are prepared to file a request to enter default and move for default judgment.

    However, the parties have been in settlement discussions, and Plaintiffs are hopeful that this case will settle without the need for further litigation.  If the parties resolve this dispute, Plaintiffs will promptly file dispositional documents with the Court.  If the parties are unable to reach a settlement, Plaintiffs will file a request to enter default and move for a default judgment.

    In the light of the foregoing circumstances, a case management conference is not necessary at this time.  Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for January 8, 2008, at 1:30 p.m. to April 8, 2008.

DATED:  December 21, 2007        HOLME ROBERTS & OWEN LLP

                                      By:  ____*/s/ Matthew Franklin Jaksa*____
                                                    Matthew Franklin Jaksa
                                                    Attorney for Plaintiffs

## **ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently scheduled for January 8, 2008, at 1:30 p.m. to April 8, 2008.

Dated:  _____        By;  _____
                                                   Honorable Howard R. Lloyd
                                                   United States Magistrate Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On December 21, 2007, I served the foregoing documents described as:

***EX PARTE* APPLICATION TO CONTINUE CAE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Sandra E. Rivera**
**3436 Baywood Cir.**
**Antioch, CA  94531**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 21, 2007 at San Francisco, California.

_____
Molly Morris

---

1

Proof of Service
Case No. 5:07-cv-04790-HRL
#34604 v1