Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

**\*ORDER E-FILED 1/3/2008\***

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; MOTOWN RECORD COMPANY, L.P.; ARISTA RECORDS LLC; and CAPITOL RECORDS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SANDRA E. RIVERA,<br>　　　　　Defendant. | CASE NO. 5:07-CV-04790-HRL<br><br>**Honorable Howard R. Lloyd**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CAE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 5:07-cv-04790-HRL
#34604 v1

1    Plaintiffs respectfully request that the Court continue the case management conference
2 currently set for January 8, 2008, at 1:30 p.m. to April 8, 2008. Plaintiffs filed the Complaint in this
3 matter on September 18, 2007. Defendant was served with the Summons and Complaint on
4 November 4, 2007, by personal service. Defendant has not answered or otherwise responded to the
5 Complaint. Accordingly, Plaintiffs are prepared to file a request to enter default and move for
6 default judgment.
7    However, the parties have been in settlement discussions, and Plaintiffs are hopeful that this
8 case will settle without the need for further litigation. If the parties resolve this dispute, Plaintiffs
9 will promptly file dispositional documents with the Court. If the parties are unable to reach a
10 settlement, Plaintiffs will file a request to enter default and move for a default judgment.
11    In the light of the foregoing circumstances, a case management conference is not necessary at
12 this time. Plaintiffs therefore respectfully request that the Court continue the case management
13 conference currently set for January 8, 2008, at 1:30 p.m. to April 8, 2008.

15 DATED: December 21, 2007            HOLME ROBERTS & OWEN LLP

16                         By:    */s/ Matthew Franklin Jaksa*
17                                Matthew Franklin Jaksa
                                  Attorney for Plaintiffs

20                              **ORDER**
21    Good cause having been shown:
22    **IT IS ORDERED** that the case management conference currently scheduled for January 8,
23 2008, at 1:30 p.m. to April 8, 2008, **1:30 p.m. in Courtroom 2**.

25 Dated: January 3, 2008            By;    _____
                                  Honorable Howard R. Lloyd
26                                United States Magistrate Judge

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 5:07-cv-04790-HRL
#34604 v1