Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; MOTOWN RECORD COMPANY, L.P.; ARISTA RECORDS LLC; and CAPITOL RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SANDRA E. RIVERA,<br><br>Defendant. | CASE NO. 5:07-CV-04790-HRL<br><br>**Honorable Howard R. Lloyd**<br><br>**REQUEST TO ENTER DEFAULT** |

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2  Plaintiffs hereby request that the Clerk enter default in this matter against Defendant Sandra

3  E. Rivera ("Defendant") on the ground that Defendant has failed to appear or otherwise respond to

4  the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of

5  Matthew Franklin Jaksa, ¶ 5.

6  Plaintiffs served the Summons and Complaint on Defendant on November 4, 2007,

7  by personal service, as evidenced by the proof of service on file with this Court. Id. ¶ 2, Exh. A.

8  Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the

9  Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or

10 incompetent person or in the military service. Id. ¶¶ 6-7.

11

12 Dated: January 10, 2008             MATTHEW FRANKLIN JAKSA
                                       HOLME ROBERTS & OWEN LLP
13
                                       By: _____/s/ Matthew Franklin Jaksa_____
14                                              Matthew Franklin Jaksa
                                                Attorney for Plaintiffs
15                                              UMG RECORDINGS, INC.; SONY BMG
                                                MUSIC ENTERTAINMENT; MOTOWN
16                                              RECORD COMPANY, L.P.; ARISTA
                                                RECORDS LLC; and CAPITOL
17                                              RECORDS, INC.
18

19

20

21

22

23

24

25

26

27

28

1

REQUEST TO ENTER DEFAULT
Case No. 5:07-cv-04790-HRL
#34788 v1

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO |

1. 
2. 
3.       I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

      On January 10, 2008, I served the foregoing documents described as:

**REQUEST TO ENTER DEFAULT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Sandra E. Rivera**
> **3436 Baywood Circle**
> **Antioch, CA  94531**

      ☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

      ☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on January 10, 2008 at San Francisco, California.

*/s/ Sula Grant*

Proof of Service
Case No. 5:07-cv-04790-HRL
#34788 v1