**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking | General Court Number |
| Clerk | 408.535.5364 |

January 14, 2008

RE:  CV 07-04790 HRL        UMG RECORDINGS INC.-v- SANDRA E. RIVERA

Default is entered as to Defendant Sandra E. Rivera on 1/11/2008.


                                            RICHARD W. WIEKING, Clerk


                                            by Betty Walton
                                            Case Systems Administrator

NDC TR-4  Rev. 3/89