1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; SONY BMG
7  MUSIC ENTERTAINMENT; MOTOWN
   RECORD COMPANY, L.P.; ARISTA
8  RECORDS LLC; and CAPITOL
   RECORDS, INC.
9

10                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
11                         SAN JOSE DIVISION

12

13  UMG RECORDINGS, INC., a Delaware          CASE NO. 5:07-CV-04790-HRL
    corporation; SONY BMG MUSIC
14  ENTERTAINMENT, a Delaware general         Honorable Howard R. Lloyd
    partnership; MOTOWN RECORD COMPANY,
15  L.P., a California limited partnership; ARISTA   **DECLARATION OF MATTHEW
    RECORDS LLC, a Delaware limited liability   FRANKLIN JAKSA IN FURTHER
16  company; and CAPITOL RECORDS, INC., a    SUPPORT OF MOTION FOR DEFAULT
    Delaware corporation,                     JUDGMENT AGAINST DEFENDANT
17                                             SANDRA E. RIVERA**
18
                        Plaintiffs,
19                                             Date:   April 8, 2008
           v.                                  Time:   10:00 a.m.
20                                             Dept.:  2
21  SANDRA E. RIVERA,

22                      Defendant.

23

24

25

26

27

28

1

## DECLARATION OF MATTHEW FRANKLIN JAKSA

2      I, Matthew Franklin Jaksa, declare:

3      1.      I am an attorney at law licensed to practice before the Courts of the State of

4   California and the United States District Court for the Northern District of California. I am an

5   associate in the law firm of Holme Roberts & Owen LLP ("HRO"). HRO serves as lead national

6   counsel for the record companies in all actions like the current case. I have personal knowledge of

7   all facts set forth in this declaration, except as where stated on information and belief. As to such

8   facts, I believe them to be true.

9      2.      Users of peer-to-peer networks who distribute files over a network can be identified

10  using Internet Protocol ("IP") addresses, as more fully described below, because the unique IP

11  address of the computer offering the files for distribution can be captured by a user during a search

12  or a file transfer. Users of peer-to-peer networks can be identified by their IP addresses because

13  each computer or network device that connects to a peer-to-peer network must have a unique IP

14  address within the Internet to deliver files from one computer or network device to another. Two

15  computers cannot effectively function if they are connected to the Internet with the same IP address

16  at the same time. This is analogous to the postal system, where each mail drop has a unique address.

17  Each computer or network device is connected to a network that is administered by an organization

18  like a business, Internet Service Provider ("ISP"), college or university. Each network, in turn, is

19  analogous to a zip code. The network provider will maintain a log of IP address allocations. An IP

20  address can be associated with an organization such as an ISP, business, college or university, and

21  that organization can identify the peer-to-peer network user associated with the IP address.

22     3.      On March 13, 2007, Plaintiffs' investigators detected an individual, later determined

23  to be Defendant, using the LimeWire online media distribution system over a peer-to-peer file-

24  sharing network. This individual had 1051 audio files on her computer and was distributing them to

25  the millions of people who use peer-to-peer networks. A third-party investigator retained by

26  Plaintiffs, MediaSentry, Inc., determined that the individual used IP address 75.35.3.63 to connect to

27  the Internet.

28

1

1    4.    In gathering evidence of copyright infringement, MediaSentry uses the same

2    functionalities that are built into peer-to-peer programs that any user of the software can use on the

3    network. Therefore, MediaSentry does not do anything that any other user on a peer-to-peer

4    network cannot do. MediaSentry does not obtain any information that is not also available to anyone

5    who logs into a peer-to-peer network.

6    5.    Just as any other user on the same peer-to-peer network as this individual would be

7    able to do, MediaSentry was able to detect the infringement of copyrighted works and identify the

8    user's IP address, because the LimeWire peer-to-peer software had its file-sharing feature enabled.[1]

9    MediaSentry obtained a list of the individual's "share" folder(s) and downloaded a number of the

10   MP3 music files that the individual was offering to users of the LimeWire network. Then, the record

11   companies themselves verified that these music files were, indeed, their copyrighted recordings.

12   These music files are the ones listed in Exhibit A to the Complaint, a true and correct copy of which

13   is attached as Exhibit 1.

14   6.    Once Plaintiffs verified that their copyrights had been infringed, Plaintiffs began the

15   process of identifying the individual associated with IP address 75.35.3.63. To do this, Plaintiffs

16   filed a Doe lawsuit and a motion for leave to take expedited discovery. The purpose of the discovery

17   motion was to allow the Plaintiffs to serve a subpoena on the ISP with which IP address 75.35.3.63

18   was associated, in order to learn the identity of the individual to whom this address was assigned at

19   the date and time the infringement was detected. Specifically, Plaintiffs sought leave to serve a

20   subpoena asking the ISP to identify the individual associated with IP address 75.35.3.63 at the date

21   and time MediaSentry detected the infringement.

22   7.    The Court in which the Doe case was filed granted Plaintiffs' discovery motion, and

23   Plaintiffs served the above-referenced subpoena on SBC Internet Services, Inc. ("SBC"), the ISP

24   associated with the above-referenced IP address. SBC identified Sandra E. Rivera, the Defendant, as

25   the individual in question.

26

27   ———————————

28   [1] *See United States v. Kennedy*, 81 F. Supp. 2d 1103, 1106 n.4 (D. Kan. 2000) (explaining detection through a file-sharing program).

2

8.    After learning Ms. Rivera's identity, Plaintiffs' counsel sent Ms. Rivera a letter advising her that copyright infringement had been detected and providing a telephone number and e-mail address she could use to contact Plaintiffs' representatives to try to resolve the matter before the commencement of litigation.

9.    Plaintiffs' settlement representatives were unable to resolve the matter with Defendant, and Plaintiffs filed their Complaint against Defendant for copyright infringement on September 18, 2007.

10.    Defendant was served with the Summons and Complaint on November 4, 2007, by personal service.

11.    On information and belief, Defendant contacted Plaintiffs' settlement representatives on November 9, 2007 and further settlement discussions took place. During those discussions, Defendant was informed that contacting Plaintiffs' settlement representatives was not an answer to the Complaint, and Defendant was thereafter reminded, on November 15, 2007, of the November 26 deadline to answer the Complaint. Periodic settlement discussions continued through December 19, 2007, but no settlement was ever reached. Plaintiffs' further attempts to contact Defendant after December 19, 2007 were unsuccessful, and to date Plaintiffs have had no further contact with Defendant.

12.    Defendant failed to answer or otherwise respond to the Complaint, or to serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

13.    On January 11, 2008, the Clerk of this Court entered the default of Defendant. Attached as Exhibit 2 is a true and correct copy of the Default by Clerk.

14.    Defendant was notified that the Clerk of this Court entered default of Defendant on January 14, 2008. Attached as Exhibit 3 is a true and correct copy of the Proof of Service of Default by Clerk.

15.    The library staff of Holme Roberts & Owen conducted searches in the SmartLinx Person Summary Report database of Lexis Nexis to determine the age of Defendant. This search revealed that Defendant was born in 1967. As such, Plaintiffs are informed and believe that Defendant is approximately 40 years old, and is therefore not a minor. Attached as Exhibit 4 is a

3

1  true and correct copy of the search, which shows Defendant's name, address, and birth date. I am

2  also informed and believe that Defendant is not incompetent.

3      16.    The library staff of Holme Roberts & Owen also contracted with Judgment Day

4  Information Services, Inc. for a search of the Department of Defense – Manpower Data Center, to

5  determine if Defendant is in the military. The search revealed no evidence that Defendant is in the

6  military service. Attached hereto as Exhibit 5 is a true and correct copy of the search.

7      17.    Plaintiffs have incurred costs in this case in the amount of $350 for filing fees, and

8  $70 for service of process.

9      18.    In the event that the Court has additional questions or concerns related to Plaintiffs'

10  motion for default judgment, Plaintiffs respectfully request a hearing in order to address the Court's

11  concerns.

12      I declare under penalty of perjury under the laws of the United States of America that the

13  foregoing is true and correct.

14      Executed this 29 day of February, 2008, at San Francisco, California.

15

16

17                                Matthew Franklin Jaksa

18

19

20

21

22

23

24

25

26

27

28

4

PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

On February 29, 2008, I served the foregoing documents described as:

**DECLARATION OF MATTHEW FRANKLIN JAKSA IN SUPPORT OF PLAINTIFFS'**

**REQUEST FOR DEFAULT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

XX      BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX      (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 29, 2008 at San Francisco, California.


_Della Grant_
—————————————
Della Grant

PROOF OF SERVICE
Case No.  5:07-CV-04790-HRL
#35538 v1

# EXHIBIT 1

*ORIGINAL FILED*

*07 SEP 18 PH 12: 34*
*RICHARD W. WIEKING*
*CLERK U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
   Facsimile: (415) 268-1999
4  Email:    matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; SONY BMG MUSIC
7  ENTERTAINMENT; MOTOWN RECORD
   COMPANY, L.P.; ARISTA RECORDS LLC; and
8  CAPITOL RECORDS, INC.
9

*E-filing*

10                   UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12
13  UMG RECORDINGS, INC., a Delaware          CASE NO. C 07 4790
    corporation; SONY BMG MUSIC
14  ENTERTAINMENT, a Delaware general         **COMPLAINT FOR COPYRIGHT**  HRL
    partnership; MOTOWN RECORD COMPANY,       **INFRINGEMENT**
15  L.P., a California limited partnership; ARISTA
16  RECORDS LLC, a Delaware limited liability
    company; and CAPITOL RECORDS, INC., a
17  Delaware corporation,
18                   Plaintiffs,
19        v.
20  SANDRA E. RIVERA,
                   Defendant.
21
22
23
24
25
26
27
28

Complaint for Copyright Infringement
Case No.
#32259 v1

1

**JURISDICTION AND VENUE**

2    1.    This is a civil action seeking damages and injunctive relief for copyright infringement

3    under the copyright laws of the United States (17 U.S.C. §101 *et seq.*).

4    2.    This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. §1331 (federal

5    question); and 28 U.S.C. §1338(a) (copyright).

6    3.    This Court has personal jurisdiction over the Defendant, Sandra E. Rivera, and venue

7    in this District is proper under 28 U.S.C. § 1391(b) and (c) and 28 U.S.C. § 1400, because, on

8    information and belief, the Defendant resides in this District and/or a substantial part of the acts of

9    infringement complained of herein occurred in this District.

10

**PARTIES**

11    4.    Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the

12    laws of the State of Delaware, with its principal place of business in the State of California.

13    5.    Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general

14    partnership, with its principal place of business in the State of New York.

15    6.    Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and

16    existing under the laws of the State of California, with its principal place of business in the State of

17    California.

18    7.    Plaintiff Arista Records LLC is a limited liability company duly organized and

19    existing under the laws of the State of Delaware, with its principal place of business in the State of

20    New York.

21    8.    Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the

22    laws of the State of Delaware, with its principal place of business in the State of New York.

23    9.    Plaintiffs are informed and believe that Defendant is an individual who resided in

24    Antioch, California, within this District at the time of the infringement complained of herein. Upon

25    information and belief, Defendant may still be found in this District.

26

27

28

1

Complaint for Copyright Infringement
Case No.
#32259 v1

# COUNT I

## INFRINGEMENT OF COPYRIGHTS

10.    Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

11.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings"). Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights, for which the Plaintiffs are the owners as specified on Exhibit A.

12.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

13.    Much of the unlawful distribution of copyrighted sound recordings over the Internet occurs via "peer-to-peer" ("P2P") file copying networks or so-called online media distribution systems. P2P networks, at least in their most popular form, refer to computer systems or processes that enable Internet users to search for files (including audio recordings) stored on other users' computers and transfer exact copies of files from one computer to another via the Internet, which can include both downloading an exact copy of that file onto the user's own computer and distributing an exact copy of that file to other Internet users on the same P2P network. P2P networks enable users who otherwise would have no connection with, or knowledge of, each other to provide a sophisticated search mechanism by which users can locate these files for downloading and to reproduce and distribute files off of their personal computers.

14.    Users of P2P networks who distribute files over a network can be identified by using Internet Protocol ("IP") addresses because the unique IP address of the computer offering the files for distribution can be captured by another user during a search or a file transfer. Users of P2P networks can be identified by their IP addresses because each computer or network device (such as a

2

1   router) that connects to a P2P network must have a unique IP address within the Internet to deliver

2   files from one computer or network device to another. Two computers cannot effectively function if

3   they are connected to the Internet with the same IP address at the same time.

4       15.     Plaintiffs identified an individual using LimeWire on the P2P network Gnutella at IP

5   address 75.35.3.63 on March 13, 2007 at 00:54:25 EDT distributing 1051 audio files over the

6   Internet. The Defendant was identified as the individual responsible for that IP address at that date

7   and time. Plaintiffs are informed and believe that as of March 13, 2007, Defendant, without the

8   permission or consent of Plaintiffs, had continuously used, and continued to use, a P2P network to

9   download and/or distribute to the public the Copyrighted Recordings. Exhibit A identifies the date

10  and time of capture and a list of Copyrighted Recordings that Defendant has, without the permission

11  or consent of Plaintiffs, downloaded and/or distributed to the public. Through Defendant's

12  continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted

13  Recordings, which acts Plaintiffs believe to have been ongoing for some time, Defendant has

14  violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute

15  infringement of Plaintiffs' copyrights and exclusive rights under copyright.

16      16.     In addition to the sound recordings listed on Exhibit A, Plaintiffs are informed and

17  believe that Defendant has, without the permission or consent of Plaintiffs, continuously downloaded

18  and/or distributed to the public additional sound recordings owned by or exclusively licensed to

19  Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are

20  ongoing.

21      17.     Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on

22  each respective album cover of each of the sound recordings identified in Exhibit A. These notices

23  of copyright appeared on published copies of each of the sound recordings identified in Exhibit A.

24  These published copies were widely available, and each of the published copies of the sound

25  recordings identified in Exhibit A was accessible by Defendant.

26      18.     Plaintiffs are informed and believe that the foregoing acts of infringement have been

27  willful and intentional, in disregard of and indifference to the rights of Plaintiffs.

28

3

Complaint for Copyright Infringement
Case No.
#32259 v1

1    19.    As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights

2    under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for

3    Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to

4    their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

5    20.    The conduct of Defendant is causing and, unless enjoined and restrained by this

6    Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated

7    or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502

8    and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing

9    Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in

10    violation of Plaintiffs' exclusive rights.

11    WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

12    1.    For an injunction providing:

13    "Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

22    2.    For statutory damages for each infringement of each Copyrighted Recording

23    pursuant to 17 U.S.C. § 504.

24    3.    For Plaintiffs' costs in this action.

25    4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

26    ///

27    ///

28    ///

4

1         5.     For such other and further relief as the Court may deem just and proper.

2   Dated:  September 18, 2007           HOLME ROBERTS & OWEN LLP

By: _____

MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; MOTOWN
RECORD COMPANY, L.P.; ARISTA
RECORDS LLC; and CAPITOL
RECORDS, INC.

5

Complaint for Copyright Infringement
Case No.
#32259 v1

**EXHIBIT A**

**SANDRA E. RIVERA**

**IP Address:** 75.35.3.63 2007-03-13 00:54:25 EDT          **CASE ID#** 121585958

**P2P Network:** Gnutella          **Total Audio Files:** 1051

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Bloodhound Gang | Hell Yeah | Hooray For Boobies | 278-185 |
| UMG Recordings, Inc. | Guns N Roses | Welcome to the Jungle | Appetite for Destruction | 85-358 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | I Knew I Loved You | Affirmation | 276-120 |
| Motown Record Company, L.P. | Brian McKnight | Back At One | Back At One | 279-471 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | When Can I See You | For The Cool In You | 184-540 |
| Arista Records LLC | Dido | Thank You | No Angel | 289-904 |
| SONY BMG MUSIC ENTERTAINMENT | Good Charlotte | Lifestyles of the Rich and Famous | The Young and the Hopeless | 309-099 |
| Capitol Records, Inc. | Coldplay | The Scientist | A Rush of Blood to the Head | 322-958 |
| Capitol Records, Inc. | Kylie Minogue | Can't Get You Out of My Head | Fever | 322-960 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Make It Big | 68-616 |

# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

January 14, 2008

RE:  <u>CV 07-04790 HRL</u>      <u>UMG RECORDINGS INC.-v- SANDRA E. RIVERA</u>

Default is entered as to Defendant Sandra E. Rivera on 1/11/2008.

RICHARD W. WIEKING, Clerk

by <u>Betty Walton</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89

# EXHIBIT 3

Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:       matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; MOTOWN RECORD
COMPANY, L.P.; ARISTA RECORDS LLC; and
CAPITOL RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation, | CASE NO. 5:07-CV-04790-HRL<br><br>**Honorable Howard R. Lloyd**<br><br>**PROOF OF SERVICE OF DEFAULT** |
|              Plaintiffs,<br><br>   v.<br><br>SANDRA E. RIVERA,<br><br>             Defendant. | |

PROOF OF SERVICE
Case No. 5:07-cv-04790-HRL
#34851 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

    I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

    On January 14, 2008, I served the foregoing documents described as:

**DEFAULT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Sandra E. Rivera**
**3436 Baywood Circle**
**Antioch, CA  94531**

    ☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on January 14, 2008 at San Francisco, California.

*Della Grant*
Della Grant

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
————————
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

January 14, 2008

RE: <u>CV 07-04790 HRL</u>      <u>UMG RECORDINGS INC.-v- SANDRA E. RIVERA</u>

Default is entered as to Defendant Sandra E. Rivera on 1/11/2008.

RICHARD W. WIEKING, Clerk

by <u>Betty Walton</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89

# EXHIBIT 4

DPPA - 1. Litigation
GLBA - 6. Persons With a Legal or Beneficial Interest re Consumer

Subject Summary | Others Using SSN | Address Summary (10) | Voter Registrations
Licenses | Personal Property | Real Property (5) | Bankruptcies (1) | Judgments & Liens
Relatives (30) | Associated Entities | Neighbors | Sources (33)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2005 LexisNexis,
a division of Reed Elsevier Inc. All Rights Reserved.

| Full Name | Address | County | Phone |
|---|---|---|---|
| RIVERA, SANDRA E | BAYWOOD CIR<br>ANTIOCH, CA 94531<br>COUNTY: CONTRA COSTA | CONTRA COSTA | |

**ADDITIONAL PERSONAL INFORMATION**

| SSN | DOB | GENDER |
|---|---|---|
| 549-59-XXXX<br>(CALIFORNIA: 1980-1980) | 04/1967<br>(Age: 40) | |

**Subject Summary**                    Name Variations (6) | SSNs Summary (1) | DOBs (3)
**Name Variations**                                         View Name Variation Sources

| | |
|---|---|
| 1: | RIVERA, SANDRA E |
| 2: | MARTINEZ, SANDRA E |
| 3: | POSADA, SANDRA E |
| 4: | POSADA, SANDRA |
| 5: | RIVERA, SANDRA |
| 6: | MARTINEZ, SANDRA |

**SSNs Summary**                                            View SSN Sources

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| 1: | 549-59-XXXX | CALIFORNIA | 1980-1980 | |

**DOBs**                                                    View DOB Sources

| | |
|---|---|
| 1: | 04/1967 |
| 2: | 01/1968 |
| 3: | 01/1968 |

Address Summary

## Address Summary - 10 records found for subject:

View Address Sources

| # | Address | Actions |
|---|---------|---------|
| 1: | BAYWOOD CIR<br>ANTIOCH, CA 94531<br>COUNTY: CONTRA COSTA | Get Report<br>View Details |
| 2: | 3436 BAYWOOD CIR<br>ANTIOCH, CA 94531-6728<br>COUNTY: CONTRA COSTA | Get Report<br>View Details |
| 3: | 4900 CANADA VALLEY RD APT 256<br>ANTIOCH, CA 94531-8665<br>COUNTY: CONTRA COSTA | Get Report<br>View Details |
| 4: | 5121 ROUNDUP CT<br>ANTIOCH, CA 94531-8474<br>COUNTY: CONTRA COSTA | Get Report<br>View Details |
| 5: | 4121 ROUNDUP CT<br>ANTIOCH, CA 94509<br>COUNTY: CONTRA COSTA | Get Report<br>View Details |
| 6: | 250 MIRIAM ST<br>DALY CITY, CA 94014-1947<br>COUNTY: SAN MATEO | Get Report<br>View Details |
| 7: | 240 LAKE MERCED BLVD APT 20<br>DALY CITY, CA 94015-3144<br>COUNTY: SAN MATEO | Get Report<br>View Details |
| 8: | 251 PRICE ST APT 5<br>DALY CITY, CA 94014-2213<br>COUNTY: SAN MATEO | Get Report<br>View Details |
| 9: | 87 HILLCREST DR APT 7<br>DALY CITY, CA 94014-1022<br>COUNTY: SAN MATEO | Get Report<br>View Details |
| 10: | 87 HILLCREST DR APT 5<br>DALY CITY, CA 94014-1022<br>COUNTY: SAN MATEO | Get Report<br>View Details |

## Address Details

| 1: BAYWOOD CIR, ANTIOCH, CA 94531 | | | |
|---|---|---|---|
| Address | Dates | Phones | Actions |
| BAYWOOD CIR<br>ANTIOCH, CA 94531<br>COUNTY: CONTRA COSTA | 12/2007 | | Get Report |
| 2: 3436 BAYWOOD CIR, ANTIOCH, CA 94531-6728 | | | |
| Address | Dates | Phones | Actions |

| Address | Dates | Phones | Actions |
|---|---|---|---|
| 3436 BAYWOOD CIR<br>ANTIOCH, CA 94531-6728<br>COUNTY: CONTRA COSTA | 11/2007 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 30 |
| Median Income: | | | $81,597 |
| Median Home Value: | | | $225,600 |
| Median Education Level: | | | 14 years |

**3: 4900 CANADA VALLEY RD APT 256, ANTIOCH, CA 94531-8665**

| Address | Dates | Phones | Actions |
|---|---|---|---|
| 4900 CANADA VALLEY RD APT 256<br>ANTIOCH, CA 94531-8665<br>COUNTY: CONTRA COSTA | 03/2007 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 29 |
| Median Income: | | | $78,633 |
| Median Home Value: | | | $224,000 |
| Median Education Level: | | | 13 years |
| Residents | | | Actions |
| RIVERA, AMANDA | | | Get Report |

**4: 5121 ROUNDUP CT, ANTIOCH, CA 94531-8474**

| Address | Dates | Phones | Actions |
|---|---|---|---|
| 5121 ROUNDUP CT<br>ANTIOCH, CA 94531-8474<br>COUNTY: CONTRA COSTA | 10/2006 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 31 |
| Median Income: | | | $77,730 |
| Median Home Value: | | | $250,500 |
| Median Education Level: | | | 14 years |
| Residents | | | Actions |
| POSADA, A<br>POSADA, ROSA<br>POSADA, ROSA ALBA<br>POSADA, ROSA E<br>POSAOA, ROSA E<br>POSADA, ROSALVA ALBA | | | Get Report |
| POSADA, OSCAR A | | | Get Report |
| POSADA, SANDRA | | | Get Report |
| MARINEZ, STEPHANIE M | | | Get Report |

| MARTINEZ, STEPHANIE M | | | |
|---|---|---|---|
| 5. 4121 ROUNDUP CT, ANTIOCH, CA 94509 | | | |
| Address | Dates | Phones | Actions |
| 4121 ROUNDUP CT<br>ANTIOCH, CA 94509<br>COUNTY: CONTRA COSTA | 03/2006 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 34 |
| Median Income: | | | $55,395 |
| Median Home Value: | | | $149,000 |
| Median Education Level: | | | 12 years |
| 6. 250 MIRIAM ST, DALY CITY, CA 94014-1947 | | | |
| Address | Dates | Phones | Actions |
| 250 MIRIAM ST<br>DALY CITY, CA 94014-1947<br>COUNTY: SAN MATEO | 01/1997 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 34 |
| Median Income: | | | $65,694 |
| Median Home Value: | | | $281,100 |
| Median Education Level: | | | 12 years |
| 7. 240 LAKE MERCED BLVD APT 20, DALY CITY, CA 94015-3144 | | | |
| Address | Dates | Phones | Actions |
| 240 LAKE MERCED BLVD APT 20<br>DALY CITY, CA 94015-3144<br>COUNTY: SAN MATEO | 01/1995 | (000) 000-0000 | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 31 |
| Median Income: | | | $33,355 |
| Median Home Value: | | | $0 |
| Median Education Level: | | | 13 years |
| 8. 251 PRICE ST APT 5, DALY CITY, CA 94014-2213 | | | |
| Address | Dates | Phones | Actions |
| 251 PRICE ST APT 5<br>DALY CITY, CA 94014-2213<br>COUNTY: SAN MATEO | 12/1991 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 35 |
| Median Income: | | | $46,607 |

| Median Home Value: | | | $276,100 |
|---|---|---|---|
| Median Education Level: | | | 11 years |
| **9: 87 HILLCREST DR APT 7, DALY CITY, CA 94014-1022** | | | |
| Address | Dates | Phones | Actions |
| 87 HILLCREST DR APT 7<br>DALY CITY, CA 94014-1022<br>COUNTY: SAN MATEO | 04/1986 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 35 |
| Median Income: | | | $56,161 |
| Median Home Value: | | | $260,100 |
| Median Education Level: | | | 13 years |
| **10: 87 HILLCREST DR APT 5, DALY CITY, CA 94014-1022** | | | |
| Address | Dates | Phones | Actions |
| 87 HILLCREST DR APT 5<br>DALY CITY, CA 94014-1022<br>COUNTY: SAN MATEO | 04/1985 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 35 |
| Median Income: | | | $56,161 |
| Median Home Value: | | | $260,100 |
| Median Education Level: | | | 13 years |
| Residents | | | Actions |
| MARTINEZ, LOIS A | | | Get Report |

Real Property

## Real Property                                          View Real Property Sources

| **1: Property Record** | |
|---|---|
| Address: | 3436 BAYWOOD CIR<br>ANTIOCH, CA 94531<br>COUNTY: CONTRA COSTA |
| Owner Address: | 3436 BAYWOOD CIR<br>ANTIOCH, CA 94531-6728<br>COUNTY: CONTRA COSTA |
| Sellers: | RIVERA, FELIX |
| Owners: | RIVERA, SANDRA E |
| Assessor's Parcel Number: | 052-261-022 |
| Sale Date: | 04/17/2006 |

| | |
|---|---|
| Recording Date: | 04/20/2006 |
| Title Company: | UNITED TITLE CO SAN RAMON |
| Parcel ID: | 052261022 |
| Type: | DEED |
| Document Type: | INTERFAMILY TRANSFER & DISSOLUTION |
| **2. Property Record** | |
| Address: | 3436 BAYWOOD CIR<br>ANTIOCH, CA 94531<br>COUNTY: CONTRA COSTA |
| Assessor's Parcel Number: | 052-261-022 |
| Sale Date: | 04/14/2006 |
| Recording Date: | 04/20/2006 |
| Title Company: | UNITED TITLE COMPANY |
| Parcel ID: | 052261022 |
| Type: | DEED |
| Lender: | FIRST ALLIED FUNDING |
| **3. Property Record** | |
| Address: | 4121 ROUNDUP CT<br>ANTIOCH, CA 94509<br>COUNTY: CONTRA COSTA |
| Owner Address: | 4121 ROUNDUP CT<br>ANTIOCH, CA 94509<br>COUNTY: CONTRA COSTA |
| Sellers: | RIVERA, FELIX |
| Owners: | RIVERA, SANDRA E |
| Assessor's Parcel Number: | 056-240-002 |
| Sale Date: | 02/22/2006 |
| Recording Date: | 03/07/2006 |
| Title Company: | FIRST AMERICAN TITLE COMPANY |
| Parcel ID: | 056240002 |
| Type: | DEED |
| Document Type: | INTERFAMILY TRANSFER & DISSOLUTION |
| **4. Property Record** | |
| Address: | 4121 ROUNDUP CT<br>ANTIOCH, CA 94531<br>COUNTY: CONTRA COSTA |
| Owner Address: | 4121 ROUNDUP CT<br>ANTIOCH, CA 94531 |

|  | COUNTY: CONTRA COSTA |
|---|---|
| Sellers: | RIVERA, SANDRA E |
| Owners: | RIVERA, SANDRA E |
| Assessor's Parcel Number: | 056-240-002 |
| Sale Date: | 02/22/2006 |
| Recording Date: | 03/07/2006 |
| Title Company: | FIRST AMERICAN TITLE COMPANY |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Parcel ID: | 056240002 |
| Type: | DEED |
| Lender: | FIRST BANK MORTGAGE |
| Loan Due Date: | 04/01/2036 |
| Document Type: | INTERFAMILY TRANSFER & DISSOLUTION |
| **5: Property Record** | |
| Address: | 5121 ROUNDUP COURT<br>ANTIOCH, CA 94509<br>COUNTY: CONTRA COSTA |
| Owner Address: | 5121 ROUNDUP CT<br>ANTIOCH, CA 94531-8474<br>COUNTY: CONTRA COSTA |
| Sellers: | KAUFMAN & BROAD OF NORTHERN CALIFORNIA |
| Owners: | MARTINEZ, SANDRA E |
| Assessor's Parcel Number: | 054-050-044 |
| Sale Date: | 08/22/1994 |
| Sale Price: | $140,500 |
| Recording Date: | 08/31/1994 |
| Title Company: | FIRST AMERICAN TITLE GUARANTY |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Parcel ID: | 054050044 |
| Type: | DEED |
| Lender: | KAUFMAN AND BROAD MTG |
| Loan Due Date: | 09/01/2024 |
| Document Type: | GRANT DEED |

**Bankruptcies**

**Bankruptcies**                                                    View Bankruptcy Sources

| 1. CALIFORNIA NORTHERN - OAKLAND | |
|---|---|
| Case Number: | 9843481 |
| Original Case Number: | 9843481 |
| Chapter: | 7 |
| Original Chapter: | 7 |
| Filing Date: | 04/17/1998 |
| Original Filing Date: | 04/17/1998 |
| Date of Discharge: | 07/24/1998 |
| Disposition: | Discharged |
| Debtor Information | |
| SSN: | 549-59-XXXX |
| Name(s): | MARTINEZ, SANDRA E<br>POSADA, SANDRA E |
| Address(es): | 5121 ROUNDUP CT<br>ANTIOCH, CA 94531-8474<br>COUNTY: CONTRA COSTA |
| Attorney Information | |
| Name: | RAYMOND R MILLER |
| Address: | PO BOX 29372<br>OAKLAND CA 94604<br>OAKLAND, CA 94604 |
| Phone: | (510) 537-1754 |
| Trustee Information | |
| Name: | MARTHA G BRONITSKY |
| Address: | PO BOX 5004<br>HAYWARD CA 94540<br>HAYWARD, CA 94540 |
| Phone: | (510) 266-5580 |

Potential Relatives

**Potential Relatives**

| No. | Full Name | Address | Phone | Actions |
|---|---|---|---|---|
| 1. | POSADA, A<br>o AKA: POSADA, ROSA<br>o AKA: POSADA, ROSA ALBA<br>o AKA: POSADA, ROSA E<br>o AKA: POSAOA, ROSA E<br>o AKA: POSADA, ROSALVA<br>ALBA | 5121 ROUNDUP CT<br>ANTIOCH, CA 94531-8474<br>COUNTY: CONTRA COSTA | | Get Report |

| | | | |
|---|---|---|---|
| | SSN: 568-76-XXXX<br>(CALIFORNIA: 1965-1965)<br>SSN: 566-67-XXXX<br>(CALIFORNIA: 1981-1982)<br>DOB: 10/1947 | | |
| 1.1. | POSADA, BLAIR MARTHA<br>o AKA: AQUINO, MARTA POSADA<br>o AKA: AQUINO, MARTA R<br>o AKA: BLAIR, MARTA R<br>o AKA: POSADA, MARTA R<br>o AKA: POSADA-AQUINO, MARTA R<br>o AKA: POSADA-BLAIR, MARTA R<br>o AKA: POSADAAQUINO, MARTA R<br>o AKA: POSADABLAIR, MARTA R<br>o AKA: P3SADA-BLAIR, MARTHA R<br>SSN: 552-96-XXXX<br>(CALIFORNIA: 1969-1970)<br>DOB: 01/1959 | 18610 CRANE AVE<br>CASTRO VALLEY, CA<br>94546-2536<br>COUNTY: ALAMEDA | | Get Report |
| 1.2. | POSADA, ROSALVA ALBA<br>DOB: 11/1926 | 2 GLORIA CT<br>SAN FRANCISCO, CA<br>94112-3330<br>COUNTY: SAN FRANCISCO | (415) 585-9433<br>(415) 337-5079 | Get Report |
| 1.3. | POSADA, HOHN<br>SSN: 563-90-XXXX<br>(CALIFORNIA: 1968-1968) | 7710 SUMMERHILL PL<br>CASTRO VALLEY, CA<br>94552-5342<br>COUNTY: ALAMEDA | | Get Report |
| 2. | POSADA, OSCAR A<br>DOB: 12/1957<br>DOB: 01/1959 | 5121 ROUNDUP CT<br>ANTIOCH, CA 94531-8474<br>COUNTY: CONTRA COSTA | | Get Report |
| 3. | POSADA, CECIC S<br>o AKA: POSADA, CECIL S<br>o AKA: POSADO, CECIL<br>o AKA: POSADA, CECILIA S<br>o AKA: CECIL, SANDRA POSADA<br>SSN: 616-46-XXXX<br>(CALIFORNIA: 1991-1991)<br>DOB: 06/1968 | 494 SUNRISE WAY<br>SAN FRANCISCO, CA<br>94134-3229<br>COUNTY: SAN FRANCISCO | | Get Report |
| 3.1. | LEONARDO, MARVIN<br>o AKA: LOPEZ, MARVIN L<br>o AKA: POSADA, MARVIN-LOPEZ | 494 SUNRISE WAY<br>SAN FRANCISCO, CA<br>94134-3229<br>COUNTY: SAN FRANCISCO | | Get Report |

|  |  |  |  |
|---|---|---|---|
|  | SSN: 620-26-XXXX<br>(CALIFORNIA: 1989-1989)<br>DOB: 04/1970 |  |  |  |
| 3.2. | POSADA, CECIL S<br>DOB: 10/1983 | 619 VILLA ST APT 4<br>DALY CITY, CA 94014-3037<br>COUNTY: SAN MATEO | (000) 000-0000 | Get Report |
| 4. | RIVERA, FELIX<br>SSN: 570-17-XXXX<br>(CALIFORNIA: 1972-1973)<br>DOB: 1961<br>DOB: 09/1969 | 3604 MOUNTAIRE DR<br>ANTIOCH, CA 94509-5668<br>COUNTY: CONTRA COSTA |  | Get Report |
| 4.1. | GARAY, AMARA J<br>o AKA: PEREZ, AMARA JAMI-<br>LETH<br>o AKA: RIVERA, AMARA J<br>o AKA: AMARA, GARAY<br>o AKA: ARMORA, GARAY J<br>o AKA: AMARA, RIVERA J<br>SSN: 562-79-XXXX<br>(CALIFORNIA: 1984-1984)<br><br>DOB: 04/1973 | 2324 BREAKER WAY<br>STOCKTON, CA 95209-4286<br>COUNTY: SAN JOAQUIN |  | Get Report |
| 4.2. | CRUZ, JOSE A<br>o AKA: CRUZ PAT, JOSE A<br>o AKA: CRUZ-PAT, JOSE A<br>o AKA: CRUZPAT, JOSE A<br>o AKA: RIVERA, JOSE<br>SSN: 504-38-XXXX<br>(SOUTH DAKOTA: 1955-1955)<br>🖐 SSN belongs to a person repor-<br>ted as deceased.<br>DOB: 01/1955<br>DOB: 1960 | 2980 MISSION ST # A<br>SAN FRANCISCO, CA<br>94110-3918<br>COUNTY: SAN FRANCISCO | (000) 000-0000 | Get Report |
| 4.3. | DEANDA, MARIA B<br>o AKA: JIMENEZ, MARIA B<br>o AKA: PIETERS, MARIA<br>o AKA: RIVERA, MARIA B<br>o AKA: RIVERA, MARIA M<br>o AKA: RIVERAROJAS, MARIA<br>M<br>o AKA: MARIA, RIVERA M<br>SSN: 547-11-XXXX<br>(CALIFORNIA: 1972-1972)<br>⁄ SSN was linked to more than 2<br>people.<br>DOB: 12/1968<br>DOB: 12/1968 | PO BOX 4643<br>ANTIOCH, CA 94531-4643<br>COUNTY: CONTRA COSTA |  | Get Report |
| 4.4. | PEDRO, GARAY J | 27475 HESPERIAN BLVD APT |  | Get Report |

| | | 129<br>HAYWARD, CA 94545-4249<br>COUNTY: ALAMEDA | | |
|---|---|---|---|---|
| | o AKA: PEDRO, GARAY P<br>o AKA: RIVERA, GARAY J<br>o AKA: GARAY, JOHN<br>o AKA: GARAY, JOHN P<br>o AKA: RIVERA, JOSE PEDRO G<br>o AKA: GADAY, PEDRO J<br>o AKA: GARAY, PEDRO J<br>o AKA: GARAY RIVERA, PEDRO J<br>o AKA: GARAY-RIVERA, PEDRO J<br>o AKA: GARAYRIVERA, PEDRO J<br>o AKA: RIVERA, PEDRO GARAY<br>o AKA: RIVERA, PEDRO J<br>o AKA: GARAY, RIVERA PEDRO<br>SSN: 562-79-XXXX<br>(CALIFORNIA: 1984-1984)<br>SSN: 561-79-XXXX<br>(CALIFORNIA: 1984-1984)<br>ϟ SSN was linked to more than 2 people.<br>DOB: 05/1944<br>DOB: 05/1944 | | | |
| 4.5. | RIVER, MARGAREIA<br>o AKA: GONZALES, MARGAR-ITA G<br>o AKA: RIVERA, MARGARITA<br>o AKA: RIVERA, MARGARITA G<br>o AKA: ROBLEDO, MARGAR-ITA<br>o AKA: ROBLEDO, MARGAR-ITA G<br>SSN: 584-36-XXXX<br>(PUERTO RICO: 1967-1967)<br><br>SSN: 240-4-XXXX<br>DOB: 03/1950 | 15005 ROBIN ST<br>SAN LEANDRO, CA 94578-1964<br>COUNTY: ALAMEDA | (510) 317-7679 | Get Report |
| 4.6. | RIVERA, ANA H<br>o AKA: MELENDEZ, HAYDEE A<br>o AKA: RIVERA, HAYDEE<br>o AKA: RIVERA, HAYDEE A<br>SSN: 557-33-XXXX<br>(CALIFORNIA: 1974-1975) | 55 PACIFICA AVE # 50 50<br>BAY POINT, CA 94565-2969<br>COUNTY: CONTRA COSTA | | Get Report |

| | | | | |
|---|---|---|---|---|
| | DOB: 12/1959<br>DOB: 1960 | | | |
| 4.7. | RIVERA, JOSE HAYDEE<br> o AKA: RIVERA, JOSE L<br> o AKA: RIVERASR, JOSE<br>SSN: 580-76-XXXX<br>(VIRGIN ISLANDS OR PUERTO<br>RICO: 1958-1958)<br><br>DOB: 04/1943<br>DOB: 04/1943 | 55 PACIFICA AVE TRLR 50<br>BAY POINT, CA 94565-2943<br>COUNTY: CONTRA COSTA | | Get Report |
| 4.8. | DEANDA, JUAN A<br> o AKA: DEANDARIVERA,<br>JUAN A<br> o AKA: RIVERA, JUAN A<br>SSN: 572-93-XXXX<br>(CALIFORNIA: 1987-1987)<br>  ¿ SSN was linked to more than 2<br>people. | 55 PACIFICA AVE TRLR 50<br>BAY POINT, CA 94565-2943<br>COUNTY: CONTRA COSTA | | Get Report |
| 5. | MARTINEZ, CLAUDIA X<br>SSN: 612-36-XXXX<br>(CALIFORNIA: 1990-1990)<br><br>DOB: 1972 | 3513 BRANSON DR<br>SAN MATEO, CA 94403-2901<br>COUNTY: SAN MATEO | | Get Report |
| 5.1. | GUERRERO, ADELA V<br> o AKA: GUERRERO, ADELA<br>MARTINEZ<br> o AKA: GUERRERO, ADELA<br>VILMA<br> o AKA: GURRERO, ADELA V<br> o AKA: MARTINEZ, ADELA<br> o AKA: MARTINEZ, ADELA V<br> o AKA: MARTINEZ, ADELA Y<br> o AKA: MELARA, ADELA M<br> o AKA: MELARA, ADELA<br>VILMA<br> o AKA: MELARAGUERRERO,<br>ADELA V<br> o AKA: MGUERRERO, ADELA<br> o AKA: HELARA, ADLA T<br>SSN: 571-47-XXXX<br>(CALIFORNIA: 1977-1978)<br>DOB: 1951<br>DOB: 08/1951<br>DOB: 08/1951<br>DOB: 1952 | 3513 BRANSON DR # 3513<br>SAN MATEO, CA 94403-2901<br>COUNTY: SAN MATEO | (650) 589-5340 | Get Report |
| 5.2. | MARTINEZ, ADOLFO A | PO BOX 1378 | | Get Report |

| | | | |
|---|---|---|---|
| | o AKA: MARTINEZ, ADOLFO ANTHONY<br>o AKA: MARTINEZ, ALDOLFO A<br>SSN: 559-21-XXXX<br>(CALIFORNIA: 1973-1973)<br>SSN: 611-05-XXXX<br>(CALIFORNIA: 1988-1988)<br>⨍ SSN was linked to more than 2 people.<br>DOB: 1950<br>DOB: 07/1955<br>DOB: 07/1955 | RIPON, CA 95366-1378<br>COUNTY: SAN JOAQUIN | | |
| 5.3. | MARTINEZ, CLAUDIA<br>SSN: 608-29-XXXX<br>(CALIFORNIA: 2001-2002) | 45 PONCETTA DR APT 209<br>DALY CITY, CA 94015-4826<br>COUNTY: SAN MATEO | | Get Report |
| 5.4. | MARTINEZ, JORGE<br>o AKA: MARTINEZ, JORGE A<br>o AKA: MATINEZ, JORGE A<br>SSN: 565-85-XXXX<br>(CALIFORNIA: 1985-1986)<br>⨍ SSN was linked to more than 2 people.<br>DOB: 1970<br>DOB: 10/1969 | 45 PONCETTA DR APT 209<br>DALY CITY, CA 94015-4826<br>COUNTY: SAN MATEO | (650) 757-3168 | Get Report |
| 6. | MARTINEZ, LUIS<br>o AKA: MARTINEZ, LUIS A<br>SSN: 563-65-XXXX<br>(CALIFORNIA: 1981-1981)<br>⨍ SSN was linked to more than 2 people.<br>SSN: 563-67-XXXX<br>(CALIFORNIA: 1981-1982)<br>SSN: 563-07-XXXX<br>(CALIFORNIA: 1936-1951)<br>🏹 SSN belongs to a person reported as deceased.<br>⨍ SSN was linked to more than 2 people.<br>DOB: 05/1963 | 364 VALENCIA ST APT 305<br>SAN FRANCISCO, CA 94103-3564<br>COUNTY: SAN FRANCISCO | | Get Report |
| 6.1. | FREDDY, B MARTINEZ<br>o AKA: MARTINEZ, FREDY B<br>SSN: 625-32-XXXX<br>(CALIFORNIA: 1990-1990)<br>DOB: 03/1961 | 1535 SULLIVAN AVE APT 2<br>DALY CITY, CA 94015-1940<br>COUNTY: SAN MATEO | | Get Report |
| 6.2. | MARTINEZ, HUAYLLASCO LILIA<br>o AKA: HUAYLLASCO, LILIA | 1887 ST MICHAELS WAY<br>BRENTWOOD, CA 94513-1758<br>COUNTY: CONTRA COSTA | | Get Report |

| | | | |
|---|---|---|---|
| | MARTINEZ<br>o AKA: MARTINEZ, LILIA I<br>o AKA: MARTINEZ, LILIA L<br>SSN: 551-75-XXXX<br>(CALIFORNIA: 1983-1983)<br><br>DOB: 11/1967 | | | |
| 7. | RIVERA, FELIX | 4900 CANADA VALLEY RD<br>APT 256<br>ANTIOCH, CA 94531-8155<br>COUNTY: CONTRA COSTA | | Get Report |
| 7.1. | RIVERA, AMANDA | 4900 CANADA VALLEY RD<br>APT 256<br>ANTIOCH, CA 94531-8665<br>COUNTY: CONTRA COSTA | | Get Report |
| 8. | POSADA, SANDRA<br>SSN: 614-64-XXXX<br>(CALIFORNIA: 1993-1993) | 5121 ROUNDUP CT<br>ANTIOCH, CA 94531-8474<br>COUNTY: CONTRA COSTA | | Get Report |
| 9. | MARTINEZ, LOIS A | 87 HILLCREST DR APT 5<br>DALY CITY, CA 94014-1022<br>COUNTY: SAN MATEO | | Get Report |
| 10. | MARINEZ, STEPHANIE M<br>o AKA: MARTINEZ,<br>STEPHANIE M<br>SSN: 604-03-XXXX<br>(CALIFORNIA: 1987-1988)<br>¿ SSN was linked to more than 2<br>people.<br>SSN: 604-03-XXXX<br>(CALIFORNIA: 1987-1988)<br>SSN: 624-03-XXXX<br>(CALIFORNIA: 1988-1988)<br>¿ SSN was linked to more than 2<br>people. | 5121 ROUNDUP CT<br>ANTIOCH, CA 94531-8474<br>COUNTY: CONTRA COSTA | | Get Report |

Sources
**Sources**

| | |
|---|---|
| All Sources | 33 Source Documents |
| Bankruptcy Records | 1 Source Document |
| Person Locator 1 | 1 Source Document |
| Phone | 1 Source Document |
| Historical Person Locator | 10 Source Documents |
| Deed Transfers | 9 Source Documents |
| Tax Assessor Records | 11 Source Documents |

| Key: | | |
|---|---|---|
|  | | High or moderate risk indicator. These flags may prompt you to investigate further |
| ✔ | | The most recent telephone listing as reported by the EDA source |

Important: The Public Records and commercially available data sources used in Smartlinx(TM) Reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the information contained in the Smartlinx(TM) Reports is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

# EXHIBIT 5



# ☆ Military Search ℠

### JUDGMENT DAY INFORMATION SERVICES, INC.
**PHONE: (888) 524-7982          FAX (866) 847-2757**
**52 YONKERS TERRACE - SUITE 3E- YONKERS – NY 10704**

## AFFIDAVIT IN SUPPORT OF SEARCH

1. I Melissa B. Forschner of Judgment Day Information Services, Inc. with offices located at 52 Yonkers Terrace, Yonkers, NY 10704, am over the age of 18 and do hereby attest that Judgment Day Information Services, Inc., conducted a diligent search of the DMDC Manpower Database to determine the current military or non-military status of the defendant. I have personal knowledge of all matters stated herein.

2. This affidavit is made pursuant to the Service Members Civil Relief Act (SCRA) [50 USCS Appx. §§ 501 et seq] formerly the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, 50 U.S.C.A. App. Secs 501et. seq, for the purpose of entry of judgment against SANDRA E. RIVERA A.K.A.. SANDRA MARTINEZ

3. I provided the Department of Defense Manpower Data Center with the pertinent information about the defendant such as the defendants name SANDRA E. RIVERA A.K.A. SANDRA MARTINEZ and Social Security Number, which I know because it was located through a diligent search of the individuals' name, street address and state of residence, which was provided to me by the plaintiff's attorney HOLME, ROBERTS & OWEN, LLP. and yielded a positive identity match. I then conducted a diligent search of the DMDC Manpower Database at the request of HOLME, ROBERTS & OWEN, LLP.

4. Based on the response I have received from the Department of Defense Manpower Data Center dated 12/24/2007 a copy of which is attached hereto and made a part hereof, I am convinced that the defendant is not in any branch of the United States military.

DATED:12/24/2007

Signature

Printed Name

Sworn to before me this ___ day
of DECEMBER 200_

Notary Public

**RANDY S. FORSCHNER**
**Notary Public, State of New York**
**No. 01FO6036033**
**Qualified in Westchester County**
**Commission Expires 01-18-2010**



**JUDGMENT DAY INFORMATION SERVICES, INC.**
**52 YONKERS TERRACE- YONKERS NY 10704**
**TEL: (888) 524-7982  Fax: (866) 847-2757**
**Email: support@militarysearch.org**
**Website: http://www.militarysearch.org**

**MSA PLUS: MILITARY STATUS AFFIDAVIT VERIFICATION STATUS**
**<u>COMPREHENSIVE REPORT</u>**
**REFERENCE NUMBER:  SO / FILE#48983-00010**

**<u>SEARCH CRITERIA:</u>**

**SANDRA E. RIVERA  A.K.A. SANDRA MARTINEZ**
**3436 BAYWOOD CIRCLE ANTIOCH CA 94531**

**<u>RESULTS:</u>**

**SUBJECT 1**

| | |
|---|---|
| **NAME:** | **SANDRA E. RIVERA  A.K.A.** |
| **AKA'S:** | **SANDRA MARTINEZ** |
| **SSN:** | **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** |
| **DOB:** | **4/20/1967** |

**<<<MATCH ON NAME AND ADDRESS >>>**

**<u>END OF REPORT</u>**

All sources used by Judgment Day Information Services, Inc. are deemed both reliable and accurate. However, we have no control over the integrity of the data and we will not assume responsibility for the accuracy or integrity of the records used. Furthermore, Judgment Day Information Services, Inc., does not make any warranty of content expressed, implied or intended. The condition of any information mentioned in our reports is for investigative purposes only and is produced for the exclusive use of the requester.

DEC. 24. 2007 5:47PM Case 3:07-cv-04790-JSW JUDGMENT DAY INFO. SVCS. INC. Document 15 Filed 02/29/2008 Page 40 of 41 NO. 7471 P. 4/8

Request for Military Status                                                                                 Page 1 of 1

Department of Defense Manpower Data Center                                    DEC-24-2007 12:30:46



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| ◀ Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| RIVERA | SANDRA E. | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:**DYVHURDAOT**

DEC. 24. 2007 5:48PM  Case 3:07-cv-04790-JSW  Document 15  Filed 02/29/2008  Page 41 of 41  NO. 747  P. 5/8
JUDGMENT DAY INFO. SVCS. INC.

Request for Military Status                                                Page 1 of 1

Department of Defense Manpower Data Center                          DEC-24-2007 12:32:32



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| < Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| MARTINEZ | SANDRA E. | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

Mary M. Snavely-Dixon

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:DYVKEISWOJ*