1  Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
4  Email:       matt.jaksa@hro.com

5
Attorneys for Plaintiffs,
6  UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; MOTOWN
7  RECORD COMPANY, L.P.; ARISTA
RECORDS LLC; and CAPITOL
8  RECORDS, INC.

9

10                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
11                        SAN JOSE DIVISION

12

13  UMG RECORDINGS, INC., a Delaware           CASE NO. C 07-04790 HRL
    corporation; SONY BMG MUSIC
14  ENTERTAINMENT, a Delaware general          **Honorable Howard R. Lloyd**
    partnership; MOTOWN RECORD COMPANY,
15  L.P., a California limited partnership; ARISTA   **[PROPOSED] DEFAULT JUDGMENT AND**
    RECORDS LLC, a Delaware limited liability    **PERMANENT INJUNCTION**
16  company; and CAPITOL RECORDS, INC., a
    Delaware corporation,
17

18                    Plaintiffs,

19         v.

20
    SANDRA E. RIVERA,
21                         Defendant.

22

23

24

25

26

27

28

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION
Case No.  C 07-04790 HRL
#35806 v1

1    Based upon Plaintiffs' Application for Default Judgment By The Court, and good cause

2  appearing therefor, it is hereby Ordered and Adjudged that:

3    1.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as

4  authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the ten (10) sound

5  recordings listed in Exhibit A to Plaintiffs' Complaint.  Accordingly, having adjudged to be in

6  default, Defendant Sandra E. Rivera ("Defendant") shall pay damages to Plaintiffs for infringement

7  of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total

8  principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

9    2.    Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four

10  Hundred and Twenty Dollars. ($420.00).

11    3.    Defendant shall be and hereby is enjoined from directly or indirectly infringing

12  Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

13  - "Hell Yeah," on album "Hooray For Boobies," by artist "Bloodhound Gang" (SR#

14    278-185);

15  - "Welcome to the Jungle," on album "Appetite for Destruction," by artist "Guns N

16    Roses" (SR# 85-358);

17  - "I Knew I Loved You," on album "Affirmation," by artist "Savage Garden" (SR#

18    276-120);

19  - "Back At One," on album "Back At One," by artist "Brian McKnight" (SR# 279-

20    471);

21  - "When Can I See You," on album "For The Cool In You," by artist "Babyface" (SR#

22    184-540);

23  - "Thank You," on album "No Angel," by artist "Dido" (SR# 289-904);

24  - "Lifestyles of the Rich and Famous," on album "The Young and the Hopeless," by

25    artist "Good Charlotte" (SR# 309-099);

26  - "The Scientist," on album "A Rush of Blood to the Head," by artist "Coldplay" (SR#

27    322-958);

28

1

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION
Case No.  C 07-04790 HRL
#35806 v1

1        •   "Can't Get You Out of My Head," on album "Fever," by artist "Kylie Minogue" (SR#

2            322-960);

3        •   "Wake Me Up Before You Go-Go," on album "Make It Big," by artist "Wham" (SR#

4            68-616);

5  and in any other sound recording, whether now in experience or later created, that is owned or

6  controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs)

7  ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media

8  distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e.,

9  upload) and of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for

10  distribution to the public, except pursuant to a lawful license or with the express authority of

11  Plaintiffs.  Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has

12  downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

13  destroy all copies of those downloaded recordings transferred onto any physical medium or device in

14  Defendant's possession, custody, or control.

15

16

17

18  Dated: _____          By: _____

19                                    Honorable Howard R. Lloyd
                                      United States Magistrate Judge

20

21

22

23

24

25

26

27

28

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION
Case No.  C 07-04790 HRL
#35806 v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

On February 29, 2008, I served the foregoing documents described as:

**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Sandra E. Rivera**
> **3436 Baywood Circle**
> **Antioch, CA  94531**

☒        BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒        (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 29, 2008 at San Francisco, California.



---

1

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION
Case No.  C 07-04790 HRL
#35806 v1