UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UMG Recordings, Inc., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Sandra E Rivera,<br><br>　　　　Defendant.　　　　　　　　　　／ | No. C07-04790<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

　　　　PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for April 8, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: March 5, 2008　　　　　　　　　　　　RICHARD W. WIEKING,
　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　 */s/ Patty Cromwell*
　　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Howard R. Lloyd

United States District Court
For the Northern District of California

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4  Matthew Franklin Jaksa    matt.jaksa@hro.com, alice.tam@hro.com, della.grant@hro.com, joel.rayala@hro.com, molly.morris@hro.com
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2