IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC. ET AL,

    Plaintiff,                                          No. C 07-04790 JSW

    v.

SANDRA E. RIVERA,                           **ORDER OF REFERRAL**

    Defendant.
_____/

    Pursuant to Local Rule 72-1, Plaintiff's motion for default judgment filed on February 29, 2008 is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation.

    **IT IS SO ORDERED.**

Dated: March 11, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom

United States District Court
For the Northern District of California