Matthew Franklin Jaksa (State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
matt.jaksa@hro.com

Attorneys for Plaintiffs
UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; MOTOWN RECORD COMPANY, L.P.; ARISTA RECORDS LLC; and CAPITOL RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>SANDRA E. RIVERA,<br><br>Defendant. | Case No.: 3:07-CV-04790-JSW<br><br>**Honorable Bernard Zimmerman**<br><br>**AMENDED NOTICE OF MOTION FOR DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANT SANDRA E. RIVERA**<br><br>Date:    May 28, 2008<br>Time:   10:00 a.m.<br>Place:   Dept. G |

AMENDED NOTICE OF MOTION FOR DEFAULT JUDGMENT
CASE NO. 5:07-CV-04790-JSW

#36595 v1

## AMENDED NOTICE OF MOTION FOR DEFAULT JUDGMENT

**TO DEFENDANT:**

**PLEASE TAKE NOTICE** that on May 28, 2008, or as soon thereafter as this matter may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, 94102, Plaintiffs will present their application for default judgment against Defendant Sandra E. Rivera ("Defendant") pursuant to Federal Rule of Civil Procedure 55(b)(2). The clerk has previously entered the default of Defendant on January 11, 2008. This Motion was previously noticed for April 8, 2008, at 10:00 a.m.

This Application is brought on the ground that Defendant has not appeared in this action. Plaintiffs seek the following Judgment against Defendant: (1) minimum statutory damages for each of the ten (10) infringements alleged in the Complaint in the amount of $7,500.00, (2) a permanent injunction in the form sought in Plaintiffs' Complaint pursuant to Section 502 of the Copyright Act, and (3) costs in the amount of $420.00 pursuant to Section 505 of the Copyright Act.

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On April 2, 2008, I served the foregoing documents described as:

**AMENDED NOTICE OF MOTION FOR DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Sandra E. Rivera
3436 Baywood Circle
Antioch, CA 94531

XX   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 2, 2008 at San Francisco, California.

*Della Grant*
Della Grant

PROOF OF SERVICE
CASE NO. 5:07-CV-04790-JSW
#36595 v1