1 | Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
2 | 560 Mission Street, 25th Floor
3 | San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
4 | Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com
5
6 | Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG MUSIC
7 | ENTERTAINMENT; MOTOWN RECORD
COMPANY, L.P.; ARISTA RECORDS LLC; and
8 | CAPITOL RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation, Plaintiffs, v. SANDRA E. RIVERA, Defendant. | CASE NO. 5:07-CV-04790-HRL **Honorable Howard R. Lloyd** **PROOF OF SERVICE OF CLERK'S NOTICE REGARDING TENTATIVE RULING** |
|---|---|

PROOF OF SERVICE
Case No. 5:07-cv-04790-HRL
#34851 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On April 16, 2008, I served the foregoing documents described as:

**CLERK'S NOTICE REGARDING TENTATIVE RULING**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Sandra E. Rivera
3436 Baywood Circle
Antioch, CA 94531**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 16, 2008 at San Francisco, California.

*Della Grant*
Della Grant